UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| KEVIN WALKER, ) | |
| ) | Case No. 2:22-cv-109 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE CO. ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, Defendant's motion for judgment on the administrative record (Doc. 22) is **GRANTED**, and this action is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** the case. The hearing scheduled for May 1, 2023, at 10 a.m. is hereby **CANCELLED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT